# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| RICKEY P. HARRIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV418-234 |
| FEDERAL NATIONAL MORTGAGE, | ) ) ) | |
| Defendant. | ) | |

# **ORDER**

Because plaintiff Rickey Harris has made his partial filing fee payment, the Court's Report and Recommendation that his Complaint be dismissed for failure to obey a Court Order (doc. 8) is **VACATED**. Plaintiff's Complaint will be screened pursuant to 28 U.S.C. § 1915 in a subsequent Order.

**SO ORDERED**, this __29th__ day of January, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA