# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

RICKEY R. HARRIS,

    Plaintiff,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION; and DITECH FINANCIAL,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-234

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 24, 2019 Report and Recommendation, (doc. 11), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation that the Court lacks jurisdiction to hear Harris' mortgage dispute. Accordingly, plaintiff's motion for a preliminary injunction is **DENIED** and this case is **DISMISSED without prejudice**. The Court further **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 31st day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA