# United States District Court
## Southern District of Georgia

RICKEY R. HARRIS,

Plaintiff,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION; and DITECH FINANCIAL,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:18-cv-234

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order adopting the Report and Recommendations of the U.S. Magistrate Judge as the opinion of this Court, this Court lacks jursidiction to hear Harris' mortgage dispute, and the Plaintiff's Motion for Preliminary Injunction is denied without prejudice. This case is dismissed without prejudice and stands closed.

Approved by: _____

June 7, 2019
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk